NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000983
27-MAY-2015
09:00 AM**

NO. CAAP-14-0000983

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
LOANS SERVICING LP, fka COUNTRYWIDE HOME LOANS SERVICING LP,
Plaintiff/Appellee,
v.
JON SANTOS,
Defendant/Cross-Claim Defendant/Appellant,

FIRST HAWAIIAN BANK,
Defendant/Cross-Claim Plaintiff/Third-Party Plaintiff/Appellee,

HAWAIIAN CEMENT, A&B P&L LLLC, SUCCESSOR IN
INTEREST TO A&B PROPERTIES, INC.,
Defendants/Cross-Claim Defendants/Appellees,

JS CONSTRUCTION & EXCAVATION, LLC dba
J.S. CONSTRUCTION & EXCAVATION; STACEY K. SANTOS,
Third-Party Defendants/Appellees

JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50,
DOE CORPORATIONS 1-50, DOE ENTITIES 1-50, and
DOE GOVERNMENTAL UNITS 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-0524)

SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

In a foreclosure case, Defendant/Cross-Claim
Defendant/Appellant Jon Santos (**Santos**) pro se, appeals from the
June 25, 2014 Judgment on a decree of foreclosure entered in the
Circuit Court of the Second Circuit[1] (**circuit court**) in favor of
Plaintiff/Appellee Bank of America, N.A., Successor by Merger to

---

[1] The Honorable Peter T. Cahill presided.

BAC Home Loans Servicing LP, fka Countrywide Home Loans Services LP and against Santos; Defendant/Cross-Claim Plaintiff/Third-Party Plaintiff/Appellee First Hawaiian Bank; and Defendants/Cross-Claim Defendants/Appellees Hawaiian Cement and A&B P&L LLLC, Successor in Interest to A&B Properties.

On appeal, Santos claims to be the "Reigning Monarch" of the Hawaiian Islands and asserts the State of Hawai'i and its courts are illegitimate, and therefore have no jurisdiction over Santos or his actions.

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the arguments advanced and the issues raised by the parties, as well as the relevant statutory and case law, we conclude Santos' appeal is without merit. See State v. Lorenzo, 77 Hawai'i 219, 883 P.2d 641 (App. 1994).

Therefore,

IT IS HEREBY ORDERED that the June 25, 2014 Judgment entered in the Circuit Court of the Second Circuit is affirmed.

DATED:  Honolulu, Hawai'i, May 27, 2015.

On the briefs:

Jon Santos
Defendant/Cross-Claim
Defendant/Appellant pro se.

Charles R. Prather
Sofia Hirosane McGuire
(RCO Hawaii)
for Plaintiff/Appellee Bank of
America, N.A., Successor by
Merger to Bac Home
Loans Servicing LP, fka
Countrywide Home Loans
Servicing LP.

Presiding Judge

Associate Judge

Associate Judge

2